IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Doran, Irene

Printed: 4/22/08

Case Number: 04 B 13205
Judge: Wedoff, Eugene R
Filed: 4/5/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 21, 2008
Confirmed: May 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,207.00 |  |
| Secured: |  | 7,587.65 |
| Unsecured: |  | 0.00 |
| Priority: |  | 686.97 |
| Administrative: |  | 2,354.00 |
| Trustee Fee: |  | 562.57 |
| Other Funds: |  | 15.81 |
| Totals: | 11,207.00 | 11,207.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,354.00 | 2,354.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 4. | Balaban Furniture Ltd | Secured | 1,666.59 | 1,666.59 |
| 5. | Credit Acceptance Corp | Secured | 5,921.06 | 5,921.06 |
| 6. | Internal Revenue Service | Priority | 1,881.25 | 686.97 |
| 7. | Illinois Dept of Revenue | Priority | 41.00 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 51.32 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 777.50 | 0.00 |
| 10. | Americash Loans, LLC | Unsecured | 256.35 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 80.67 | 0.00 |
| 12. | Dr Patricia Boatwright | Unsecured |  | No Claim Filed |
| 13. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |
| 14. | Kehoe, Palmer & Djordjevic S C | Unsecured |  | No Claim Filed |
| 15. | University of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,029.74 | $ 10,628.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 37.00 |
| 6.5% | 159.01 |
| 3% | 26.99 |
| 5.5% | 164.99 |
| 5% | 45.00 |
| 4.8% | 93.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Doran, Irene | Case Number:  04 B 13205 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  4/5/04 |

                        5.4%                      36.04
                                                _____
                                                $ 562.57

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

